UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:17-cr-00049-RLY-MPB |
| ) | |
| ANDREA D. WIGGINTON, ) | -03 |
| ) | |
| Defendant. ) | |

**REPORT AND RECOMMENDATION**

On April 5, 2019, the Court held an Initial Hearing on a Warrant for Violation of Supervised Release. Defendant Wigginton appeared in person with her appointed counsel Conor O'Daniel. The government appeared by Todd Shellenbarger, Assistant United States Attorney. The United States Probation Office appeared by Officer Katrina Sanders.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Wigginton of her rights and provided her with a copy of the petition. Defendant Wigginton waived her right to a preliminary hearing.

2. After being placed under oath, Defendant Wigginton admitted violation 1. (Docket No. 138).

3. The allegation to which Defendant admitted, as fully set forth in the petition, is:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | "You shall not use or possess any controlled substances prohibited by applicable state or federal law..."<br><br>On March 27, 2019, Andrea Wigginton tested positive for Buprenorphine and admitted use. She was also found in possession of Buprenorphine in the probation office. |

4. The parties stipulated that:

    (a) The highest grade of violation is a Grade B violation.

    (b) Defendant's criminal history category is I.

    (c) The advisory range of imprisonment applicable upon revocation of supervised release, therefore, is 4-10 months' imprisonment.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that her supervised release be continued with the added condition that she maintain a residency at the Volunteers of America for a period of four (4) months, maintain her job and continue NOW counseling. Defendant to recommence supervision upon release from the Volunteers of America.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Dated: April 8, 2019

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal